IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

LORI R.,

    Plaintiff,

        v.          Civil Action No. 2:22-cv-508

MARTIN O'MALLEY,[1]
Commissioner of Social Security,

    Defendant.

**ORDER**

Having reviewed the Report and Recommendation of the Magistrate Judge, the administrative record, the parties' briefing, and relevant legal authority, and as set forth in the Court's Memorandum Opinion, the Court hereby: **GRANTS IN PART** and **DENIES IN PART** Plaintiff's Objections (ECF No. 13); **ADOPTS IN PART** and **REJECTS IN PART** the Magistrate Judge's Report and Recommendation as the opinion of this Court (ECF No. 12); **GRANTS** the relief requested by Plaintiff (ECF No. 9); **DENIES** Defendant's Motion for Summary Judgment (ECF No. 10); **VACATES** the final decision of the Commissioner; and **REMANDS** for further proceedings.

Let the Clerk of the Court send a copy of this Final Order to all counsel of record.

It is so **ORDERED**.

/s/
Elizabeth W. Hanes
United States District Judge

March 26, 2024

---

[1] On December 20, 2023, Martin O'Malley became the Commissioner of Social Security. Pursuant to Federal Rule of Civil Procedure 25(d), the Court substitutes Commissioner Martin O'Malley for former Acting Commissioner Kilolo Kijakazi in this matter.